IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL E. CROCKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. CIV-06-447-T |
| ) | |
| JO ANNE B. BARNHART, Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

ORDER

Plaintiff brought this action pursuant to 42 U.S.C. §405(g) for review of the decision of the Commissioner of Social Security Administration denying plaintiff's application for disability benefits and supplemental security income benefits. The matter was referred to United States Magistrate Judge Doyle W. Argo for initial proceedings in accordance with 28 U.S.C. §636 (b)(1)(B).

On February 9, 2007 Judge Argo filed a Report and Recommendation [Doc. No. 16] in which he recommended that the decision of the Commissioner be affirmed. In the Report and Recommendation, he advised plaintiff of his right to object to same, and scheduled a March 1, 2007 deadline for filing objections. That deadline has expired, and plaintiff has not filed an objection nor sought an extension of time in which to do so. A party's failure to timely object to the report and recommendation of a magistrate judge constitutes a waiver of the right to appellate review of the findings and conclusions set forth therein. Wyatt v. Barnhart, 2006 WL 2458693, **2 (10th Cir. August 25, 2006 )(unpublished opinion);  Soliz v. Chater, 82 F.3d 373, 375-76 (10th Cir.1996). Accordingly, the Report and Recommendation in this action [Doc. No. 16] is adopted as thought

fully set forth herein. The decision of the Commissioner is affirmed.

    IT IS SO ORDERED this __9th__ day of March, 2007.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE